UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:            )
                             )
TAMERA LYNN PRESTON,         )   CASE NO. 08-14184
                             )   Chapter 7
         DEBTOR(S).          )

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Fort Wayne Community Schools | c/o Summit Account & Computer Service, Inc. 4666 W. Jefferson Blvd. Suite 190 Fort Wayne, IN 46804 | $2.43 |
| Summit Radiology | c/o Snow & Sauerteig 203 E. Berry St. Suite 1310 Fort Wayne, IN 46802 | $1.25 |
| Summit Radiology | c/o Snow & Sauerteig 203 E. Berry St. Suite 1310 Fort Wayne, IN 46802 | $4.05 |
| Summit Radiology | c/o Snow & Sauerteig 203 E. Berry St. Suite 1310 Fort Wayne, In 46802 | $1.81 |
| | Total | $9.54 |

**WHEREFORE**, Trustee is depositing the total sum of $9.54 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: October 25, 2010**

                                                **Respectfully submitted,**

                                                **CHAPTER 7 TRUSTEE**
                                                **444 EAST MAIN STREET**
                                                **FORT WAYNE, INDIANA 46802**
                                                **TELEPHONE: (260) 426-0444**
                                                **FAX: (260) 422-0274**
                                                **EMAIL: mseifert@hallercolvin.com**

                                                **BY: /s/ Martin E. Seifert**
                                                      **MARTIN E. SEIFERT**
                                                      **I.D. #16857-02**

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 25th day of October 2010, to:

    Ms. Tamera Preston
    3207 Winter St.
    Fort Wayne, IN 46806

    United States Trustee
    555 One Michiana Square
    100 East Wayne Street
    South Bend, Indiana 46601

    Fort Wayne Community Schools
    c/o Summit Account & Computer
     Service, Inc.
    4666 W. Jefferson Blvd.
    Suite 190
    Fort Wayne, IN 46804

    Summit Radiology
    c/o Snow & Sauerteig
    203 E. Berry St.
    Suite 1310
    Fort Wayne, IN 46802

    /s/ Martin E. Seifert
    **MARTIN E. SEIFERT**